CLOSED

# U.S. District Court
# Middle District of Louisiana (Baton Rouge)
# CIVIL DOCKET FOR CASE #: 3:20−cv−00576−JWD−RLB

Bryant v. Rec Marine Logistics, LLC et al
Assigned to: Judge John W. deGravelles
Referred to: Magistrate Judge Richard L. Bourgeois, Jr.
Demand: $250,000
Cause: 46:0688 Jones Act

Date Filed: 09/02/2020
Date Terminated: 11/19/2020
Jury Demand: None
Nature of Suit: 340 Marine
Jurisdiction: Federal Question

**Plaintiff**

**Lance Bryant**

represented by **Kelley Randlev Dick , Jr.**
Mansfield, Melancon, Cranmer & Dick
2133 Silverside Drive
Suite B
Baton Rouge, LA 70806
225−385−7919
Email: kelley@mmcdlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brad Cranmer**
Mansfield, Melancon Cranmer & Dick
2133 Silverside Dr.
Ste B
Baton Rouge, LA 70808
(225) 612−0800
Email: brad@mansfieldmelancon.com
*ATTORNEY TO BE NOTICED*

**Collin Roy Melancon**
Mansfield, Melancon, Cranmer & Dick
318 Harrison Avenue
Ste 107
New Orleans, LA 70124
504−814−1496
Fax: 504−208−3427
Email: Collin@mansfieldmelancon.com
*ATTORNEY TO BE NOTICED*

**Eric J. Rhine**
Spagnoletti Law Firm
401 Louisiana
Ste 8th Floor
Houston, TX 77002
713−653−5600
Fax: 713−653−5656
Email: erhine@spaglaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Scott Michael Mansfield**

Mansfield, Melancon, Cranmer & Dick, LLC
318 Harrison Avenue
New Orleans, LA 70124
(504) 500–1108
Fax: (504) 208–3427
Email: scott@mansfieldmelancon.com
*ATTORNEY TO BE NOTICED*

**Seth Thomas Mansfield**
Mansfield, Melancon, Cranmer & Dick, LLC
1921 Kaliste Saloom Road
Suite 203
Lafayette, LA 70508
337–735–9177
Fax: 337–735–9109
Email: Seth@MMCDLaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Rec Marine Logistics, LLC**                    represented by   **Salvador Joseph Pusateri**
Pusateri Johnston Guillot & Greenbaum
1100 Poydras Street
Suite 2250
New Orleans, LA 70163
504–620–2500
Fax: 504–620–25210
Email: Salvador.Pusateri@pbgglaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kyle Andrew Khoury**
Pusateri, Johnston, Guillot & Greenbaum, LLC
Louisiana
1100 Poydras Street
Suite 2250
New Orleans, Suite 2250
New Orleans, LA 70163
504–620–2500
Fax: 504–620–2510
Email: kyle.khoury@pjgglaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**REC Boats, LLC**                    represented by   **Salvador Joseph Pusateri**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kyle Andrew Khoury**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/02/2020 | Ï 1 | COMPLAINT against All Defendants ( Filing fee $ 400 receipt number BLAMDC–2166001.), filed by Lance Bryant.(Mansfield, Scott) (Entered: 09/02/2020) |
| 09/02/2020 | Ï 2 | NOTICE of CIVIL COVER SHEET by Lance Bryant re 1 Complaint (Mansfield, Scott) (Entered: 09/02/2020) |
| 09/02/2020 | Ï 3 | NOTICE of SUMMONS TO REC BOATS, LLC by Lance Bryant re 1 Complaint (Mansfield, Scott) (Main Document 3 replaced on 9/3/2020) (ELW). (Entered: 09/02/2020) |
| 09/02/2020 | Ï 4 | NOTICE of SUMMONS TO REC MARINE LOGISTICS, LLC by Lance Bryant re 1 Complaint (Mansfield, Scott) (Main Document 4 replaced on 9/3/2020) (ELW). (Entered: 09/02/2020) |
| 09/03/2020 | Ï | Case reassigned to Judge John W. deGravelles. Chief Judge Shelly D. Dick no longer assigned to the case. (This is a TEXT ENTRY ONLY. There is no hyperlink or PDF document associated with this entry.) (NLT) (Entered: 09/03/2020) |
| 09/03/2020 | Ï 5 | Summons Issued as to All Defendants. (NOTICE: Counsel shall print and serve both the summons and all attachments in accordance with Federal Rule of Civil Procedure 4.) (ELW) (Entered: 09/03/2020) |
| 09/04/2020 | Ï 6 | SUMMONS Returned Executed by Lance Bryant. REC Boats, LLC served on 9/4/2020, answer due 9/25/2020. (Mansfield, Scott) (Entered: 09/04/2020) |
| 09/04/2020 | Ï 7 | SUMMONS Returned Executed by Lance Bryant. Rec Marine Logistics, LLC served on 9/4/2020, answer due 9/25/2020. (Mansfield, Scott) (Entered: 09/04/2020) |
| 09/08/2020 | Ï 8 | Ex Parte MOTION for Eric J. Rhine to Appear Pro Hac Vice (Filing fee $100.00, Receipt Number ALAMDC–2167899) by Lance Bryant. (Attachments: # 1 Affidavit Affidavit of Eric J. Rhine, # 2 Exhibit Certificate of Good Standing, # 3 Proposed Pleading; Proposed Order)(Mansfield, Scott) (Entered: 09/08/2020) |
| 09/08/2020 | Ï | MOTION(S) REFERRED: 8 Ex Parte MOTION for Eric J. Rhine to Appear Pro Hac Vice (Filing fee $100.00, Receipt Number ALAMDC–2167899). This motion is now pending before the USMJ. (LLH) (Entered: 09/08/2020) |
| 09/11/2020 | Ï 9 | ORDER granting 8 Motion for Eric J. Rhine to Appear Pro Hac Vice on behalf of Plainiff Lance Bryant. Signed by Magistrate Judge Richard L. Bourgeois, Jr. on 9/11/2020. (This is a TEXT ENTRY ONLY. There is no hyperlink or PDF document associated with this entry.) (SGO) (Entered: 09/11/2020) |
| 09/15/2020 | Ï 10 | ORDER: Telephone Scheduling Conference set for 11/19/2020 at 02:15 PM before Magistrate Judge Richard L. Bourgeois Jr. Status Report due by 11/5/2020. Signed by Magistrate Judge Richard L. Bourgeois, Jr. on 9/14/2020. (SGO) (Entered: 09/15/2020) |
| 11/02/2020 | Ï 11 | ANSWER to 1 Complaint by REC Boats, LLC, Rec Marine Logistics, LLC.(Khoury, Kyle) (Entered: 11/02/2020) |
| 11/05/2020 | Ï 12 | STATUS REPORT by Lance Bryant. (Mansfield, Scott) (Entered: 11/05/2020) |
| 11/18/2020 | Ï 13 | Joint MOTION to Transfer Venue by Plaintiff and by REC Boats, LLC, Rec Marine Logistics, LLC. (Attachments: # 1 Memorandum in Support, # 2 Exhibit A, # 3 Proposed Order)(Khoury, Kyle) Modified on 11/19/2020 to edit text. (EDC). (Entered: 11/18/2020) |
| 11/18/2020 | Ï 14 | ORDER: Considering the 13 Joint Motion to Transfer Venue, the telephone scheduling conference set for 11/19/2020 is CANCELLED. The parties shall contact the chambers of the undersigned |

| | | |
|---|---|---|
| | | upon a resolution of the motion should it be necessary to reset the conference. Signed by Magistrate Judge Richard L. Bourgeois, Jr. on 11/18/2020. (This is a TEXT ENTRY ONLY. There is no hyperlink or PDF document associated with this entry.)(SGO) (Entered: 11/18/2020) |
| 11/19/2020 | Ï 15 | ORDER granting 13 Motion to Transfer Case. Case transferred to District of Eastern District of Louisiana. Signed by Judge John W. deGravelles on 11/19/2020. (EDC) (Entered: 11/19/2020) |
| 11/19/2020 | Ï 16 | GENERAL ORDER: All pleadings and other papers filed under seal in civil and criminal actions shall be maintained under seal for thirty days following final disposition of the action. After that time, all sealed pleadings and other papers shall be placed in the case record unless a District Judge or Magistrate Judge, upon motion and for good cause shown, orders that the pleading or other paper be maintained under seal.<br><br>The deadline for filing any motions regarding the unsealing of any document shall be within thirty days of the final disposition of any action and shall contain a concise statement of reasons for maintaining the pleading or other paper under seal.<br><br>ATTENTION: If a motion to retain documents under seal is NOT filed, all documents shall be placed in the public case record, unless specifically identified in the attached General Order<br><br>Signed by Chief Judge Shelly D. Dick on 7/8/2019. (EDC) (Entered: 11/19/2020) |

**Case #: 3:20−cv−00576−JWD−RLB**